**United States District Court**
**Central District of California**

MONICA DANIELA TREJO DE PAUL,

Petitioner,

v.

MARKWAYNE MULLIN, ET AL.,

Respondents.

No. 5:26-cv-06498-FLA-DTB

**NOTICE RE: APPOINTMENT OF COUNSEL**

Pursuant to the Court's referral order (ECF No. 7) and the Federal Public Defender's referral notice in response, the Court appoints the following attorney under 18 U.S.C. § 3006A(a)(2)(B) to represent Petitioner in this immigration habeas case:

Terry Kolkey, Bar No. 71528
Law Office of Terry Kolkey
911 Lakeville Street, #333
Petaluma, CA 94952-3329
Tel: 707-775-0135
E-mail: trkolkey@gmail.com

This appointment order shall issue nunc pro tunc to the date of the Federal Public Defender's referral notice, November 9, 2026.

IT IS SO ORDERED.

Dated: November 9, 2026

Honorable David T. Bristow
United States Magistrate Judge

[cc: Lauren_Eskenazi-Ihrig@cacd.uscourts.gov]
[cc: Terry Kolkey - trkolkey@gmail.com]